BENITO ROJAS

11012 VENTURA BLVD. suite 261

STUDIO, CA 91604

323-947-7960

Rojasb.dimmak@gmail.com

FILED

2016 DEC 21  PM 2: 37

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BENITO ROJAS<br><br>            Plaintiff,<br><br>   vs.<br><br>PORTFOLIO RECOVERY<br>ASSOCIATES, LLC<br>STEVEN D. FREDRICKSON<br><br>            Defendant. | CASE NO.<br>**CV 16 - 09439 FMO (SS)**<br>**FAIR DEBT COLLECTIONS**<br><br>**FAIR CREDIT<br>REPORTING ACT**<br><br>**ROSENTHAL ACT** |

## I.    COMPLAINT
### INTRODUCTION

1. This is an action for damages brought by an individual consumer against

Defendants for violations of the Fair Debt Collection Practices Act, 15 U.S.C. §

1692, et seq. Fair Credit Reporting Act , 15 U.S.C. § 1681 et seq.  The California

Rosenthal Act, Civil Code § 2932.5, § 2923.5 & 1788 et seq mirrors (FDCPA).

The Fair Debt Collection Practices Act  and Fair Credit Reporting Act , 15

U.S.C. § 1681 s-2  both of which prohibit debt collectors from engaging in false

or misleading representation

## II. JURISDICTION AND VENUE

2.  This Court has jurisdiction under:  15 U.S.C. sec. 1692 k (d), 28 U.S.C.

sec. 1331, and 28 U.S.C. sec. 1337. Supplemental jurisdiction exist for the state

law claims pursuant to 28 U.S.C. § 1367. Venue is proper pursuant to: 28 U.S.C.

§ 1391(b) where that the defendant transact business here and the conduct

complained of occurred here.

## III.   PARTIES

3.  Plaintiff(s) Benito Rojas a natural person resided at California.

Plaintiff(s) is a consumer within the meaning of 15 U.S.C. sec. 1692 a (3), 15

U.S.C. § 1681 a (c).

4.  Defendant: PORTFOLIO RECOVERY ASSOCIATES, LLC doing

business in CALIFORNIA, operating from an address:  120 CORPORATE

BLVD.  NORFOLK, VA 23502.

Operating from mailing address: 140 CORPORATE BLVD. NORFOLK, VA

23502.

5.  Defendant: STEVEN D. FREDRICKSON, operating from an address: 120

CORPORATE BLVD. NORFOLK, VA 23502.

6. Defendants regularly engaged as furnishers of consumer Transunion, Experian, Equifax credit file. Defendant regularly attempt to collect consumer debt alleged to be due to another. 15 USC 1962e] (8) Communicating or threatening to communicate to any person credit information which is known or which should be known to be false, including the failure to communicate that a disputed debt is disputed.

7. Defendants are " debt collectors" as defined by the FDCPA, 15 U.S.C. § 1692a (6), by the Rosenthal Act, California Civil Code 1788.2 (c) and furnishers of information defined by the 15 U.S.C. § 1681s-2.

8. Defendants are all entities or individuals who contributed to or participated in, or authorized the acts or conspired with the name Defendants to commit the acts and do the things complained of which caused the injuries and damages to Plaintiff as set forth below. Each of the parties, named and fictitious, acted as principal and agent each of the other, and combined and concurred each with the other in committing the acts that injured the Plaintiff.

9. Plaintiff is a "debtor" as defined by the Rosenthal Act, California Civil Code 1788.2(h).

10. The purported debt which defendants attempted to collect from Plaintiff was a "consumer debt" as defined by the Rosenthal Act, California Civil Code § 1788.2(f).

PLAINTIFF'S BENITO ROJAS COMPLAINT

3

## IV.   STATEMENT OF FACTS

11. Comes now Benito Rojas who does herby file complaint for violations of damages under (FDCPA) 807 (8) 15 U.S.C sec. 1692 et seq. (FCRA) 623 (a)(3) § 623; and the California Rosenthal Act Civil Codes sec. 1788 et seq.

12. Plaintiff around August, 2016 obtained his 3 consumer credit reports from the three major credit Reporting Agencies.  Plaintiff found after examination of his Experian Equifax, Transunion consumer credit reports that defendant(s) PRA, LLC had obtained and initiated multiple soft pulls on July 8, 2015, on August 7, 2015. Defendant also obtained and furnished inaccurate account information on Plaintiff's 3 consumers credit reports with no permissible purposes thereby reducing plaintiff credit score, humilation and loss of societal pleasures.

### Benito Rojas Disputes the PRA's Account in his Credit Report

**13.**  PRA,LLC is a credit furnisher governed by the FCRA, 15 U.S.C. § 1681s-2.

14. PRA, LLC reported a collection account to the national CRA's. In October 2016, the Plaintiff disputed the partial account 520118018982… to the three national CRAs. He unambiguously stated that the debt was not his. Defendant(s) did not report that the debt was disputed. (see exhibit TRW )

15. The Plaintiff has no knowledge of any business relationship with the defendant. Plaintiff sent certified mail a letter demanding validation of the alleged debt and removal of inquires to the defendant.

16. On information and belief, the Plaintiff alleges that each CRA then forwarded his disputes to PRA, LLC through the credit industry's "e-Oscar" system and in response to each dispute, PRA, LLC simply responded that it had "verified" that the account belonged to it and was owed by Mr. Rojas.

17. In October, 2016; 30 days after failure to comply with federal regulation by credit reporting agency, in serious violation of Fair Credit Reporting Act. (See Exhibit CRA 1) Plaintiff requested again his 3 consumer credit reports from the 3 credit bureaus. Defendant, again on November 8, 2016 updated inquiry. In an effort to mitigate damages in obtaining plaintiff's credit report before taking civil action in Accordance with (FDCPA) 15 U.S.C.  sec. 1692g, e(8).  Plaintiff noticed the Defendant violations of the (FCRA) 15 U.S.C. sec. 1681 s-2. (See exhibit PRA-V)

18. In a response letter dated November 14, 2016. The Defendant(s) PRA, LLC attached a partial credit card statement. (**see exhibit DR1**-). DR3 This is not validation nor evidence but merely a partial listing of items purchased. In accordance to The Federal Truth and Lending Act a partial credit card statement is insufficient as a matter of law.  (See exhibit DR4)

19.  PRA's standard procedure for receiving and processing consumer disputes is to do so entirely by automated response, through its "automated batch interface" system.  It does not conduct a substantive investigation. No human being looks at the files or disputes. Literally nothing is done to investigate these disputes.

20.  PRA, LLC also knew when it received the Plaintiff's disputes (or any consumer's dispute that an PRA's account was not his or her obligation) that it did not have any underlying documents – cardmember agreements, signed application, credit card statements, etc. – to support the debt. PRA, LLC only lawful option was to delete the tradeline.

21.  PRA, LLC had actual knowledge that this is what the FCRA required - a "meaningful searching inquiry" and that PRA could not re-report or "verify" the account tradeline to the CRAs when it lacked underlying documentation.

## Defendants' Specific Collection Conduct regarding Benito Rojas

22.  The Defendants' conduct and action was materially false in all of the ways so far alleged.  For example and without limitation, the affiant had not reviewed any business or account records; he/she did not have personal knowledge of the indebtedness or the account; he/she did not consider any substantive documents; no substantive documents existed; he/she did and could

not check to determine if the Plaintiff had validly disputed the account (he had) and the affiant certainly wouldn't have been competent to ever testify in a court of law that Mr. Rojas was so indebted (or as regards anything else in the conduct and action). (emphasis)

23.  The FTC entered into a Consent Decree with Performance Capital Management, Inc. (PCM), a debt buyer and furnisher of credit information subject to § 1681s-2. Among the FTC's allegations was that upon receiving a CDV form from a CRA, "it is the practice of PCM to compare the name, address, and information in PCM's computer database with the information provided on each consumer dispute verification form. Where the two match, PCM reports that is has verified as accurate the information in its file." The FTC alleged that "verifying information in the computerized PCM file does not constitute an 'investigation' for purposes of Section 623(b) [§ 1681s-2(b13)].

24. " The FTC's Consent Decree remedied this noncompliance with § 1681s-2(b) with entry of the following injunction enjoining PCM from: failing to properly investigate consumer disputes, as required by Section 623(b) of the Fair Credit Reporting Act, 15 U.S.C. § 1681s-2(b), when consumer reporting agencies refer disputes to the defendant pursuant to Section 611(a)(2), 15 U.S.C. § 1681i(a)(2).

25.  In order to comply with Section 623(b) when a consumer disputes the accuracy

of information reported by the defendant to a consumer reporting agency,

defendant shall either verify the information with the original account records

within the time period set forth in the Fair Credit Reporting Act or take all

necessary steps to delete the information from the files of all consumer reporting

agencies to which the information was reported. In any situation where the

defendant either knows that no original records exist, or is informed by the

original creditor that no records exist, the defendant shall, within five business

days after receiving the consumer dispute, notify all consumer reporting agencies

to which the information has been provided that the information is to be deleted

from the file of the consumer who has disputed the account;.... (Emphasis added).

26.   In the facts before this court, the degree of reprehensibility is great, as

defendant has stood by its faulty system for years, insisting its procedures are

reasonable, in the face of obvious evidence otherwise. ...

Under the defendant's system, when a consumer disputes a debt, 95% of such

disputes are checked by a computer merely making sure the disputed debt is the

same as the information defendant has in its system already. Upon such review,

defendant then asserts the debt is valid each and every time. As plaintiff points

out, defendant checks its own records as a means of validating the debt, although

the debts are all purchased, at discount, from various creditors who have been

unable to collect on them.

27.  Experian, Transunion, Equifax, is a credit reporting agency within the Meaning FCRA 15 U.S.C 1681 (f).

28. Consumer credit reporting is a consumer report within the meaning FCRA 15 U.S.C 1681 a(d).

29.  The FDCPA law deals directly with banks, credit card companies and collection agencies on the consumer behalf concerning the method of collecting a debt. Federal law requires that WITHIN 30 DAYS furnishers are required to contact the credit bureaus on consumers behalf, and to make sure they add a sentence to consumer credit report that says consumer have disputed the negative item in question. The sentence would appear something like this: "Customer has disputed the validity of this item"

30. The FCRA 15 U.S.C sec 1681b defines the permissible purposes for which A person may obtain a consumer credit report. As to defendant multiple inquiry pull, the Plaintiff  is/ was not at any given time involved in the any related underlying credit transaction, nor had Plaintiff participated in the any transaction in writing otherwise.

31.  Defendants regularly engaged as furnishers of consumers Transunion, Experian, Equifax credit file, such permissible purpose as defined by 15 U.S.C 1681b are generally if the consumer makes applications for credit, makes Application for employment, for underwriting of insurance involving that consumer or is offered a bonafide offer of credit as a result of the inquiry.

32.  The actions of the defendant obtaining consumers credit report With no validation for permissible purposes or contract bearing signature between Defendant and plaintiff consent are clear and willful violations of FCRA, 15 U.S.C §1681b and an illegal practices against Plaintiff's right to privacy.

33.  Defendant at no time has communicated with plaintiff what justification they may have had by obtaining plaintiff credit profile multiple times over a 16 month period.  (see exhibit CR(E)I )

34.  Plaintiff  have given ample opportunity for defendant to justify their action.

35. Plaintiff discovery of violations brought forth herein occurred in August 2016 and are within statute of limitations as defined on the FCRA, 15 U.S.C sec 1681p FDCPA 15  U.S.C Sec. 1692k (d).

## v. CAUSE OF ACTION

## FIRST CAUSE OF ACTION

Violations of FDCPA 15 U.S.C 1962 e,g

(as against defendant(s): Portfolio Recovery Associates, LLC, Steven

D. Fredrickson

36. Plaintiff re-alleges and incorporates paragraphs 11-35. Plaintiff is a

Consumer within the meaning of the FDCPA 15 U.S.C sec 1692a (3)

Portfolio Recovery Associates, LLC are debt collectors within the meaning of

FDCPA 15 U.S.C. sec 1692a(6)

37.  Plaintiff re-alleges and incorporated paragraphs 10-34. Based on the

Foregoing consumers credit reports. The defendant FDCPA violations

include but are not limited to the following:

Portfolio Recovery Associates, LLC violated 15 U.S.C. § 1692e(8)

communicating or threatening to communicate to any person credit information

which should be known to be false, including the failure to communicate that a

disputed debt is disputed.

38. Plaintiff re-alleges and incorporated paragraphs 11-35. Based on the

Foregoing consumers credit reports. The defendant FDCPA violations

include but are not limited to the following:

Portfolio Recovery Associates, LLC violated 15 U.S.C. § 1692e(10) by the use

of any false representation or deceptive means to collect o attempt to collect any debt or to obtain Information concerning consumer.

## SECOND CAUSE OF ACTION

## AS AGAINST DEFENDANT(S):

Violations of FCRA 15 U.S.C 1681s-2 (a)(3), 1681b

(as against defendant(s): Portfolio Recovery Associates, LLC

39. Plaintiff re-alleges and incorporates paragraphs 11-35. Based on the Foregoing consumers credit reports. The defendant FCRA violations include but are not limited to the following:

Portfolio Recovery Associates, LLC violated 15 U.S.C. § 1681s-2 (a)(3) Duty to provide notice of dispute. If the completeness or accuracy of any information furnished by any person to any consumer reporting agency is disputed to such person by a consumer, the person may not furnish the information to any consumer reporting agency without notice that such information is disputed by the consumer.

40. Plaintiff re-alleges and incorporated paragraphs 11-35. Based on the Foregoing consumers credit reports. The Defendants negligently violated the FCRA. Defendant's violations include, but are not limited to, the following:

Defendants negligently violated 15 U.S.C. §1681b(f) by obtaining  Plaintiff's consumer report without a permissible purpose as defined by 15 U.S.C. §1681b.

four times:

a. July 08, 2015, one soft pull from Experian.  (demand $1000 for this violation)

b. July 08, 2015, one soft pull from Experian.   (demand $1000 for this violation)

c. August 07, 2015, one soft pull from Experian.   (demand $1000 for this violation)

d. November 8, 2016, one hard pull from Experian.   (demand $1000 for this violation).

Portfolio Recovery Associates, LLC violated 15 U.S.C. § 1681c Plaintiff a consumer within the meaning of the FCRA 15 U.S.C sec. 1681(c)

Portfolio Recovery Associates, LLC is a furnisher of Information within meaning of the FCRA 15 U.S.C sec. 1681 s-2

### THIRD CAUSE OF ACTION

### VIOLATION OF Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA)

### (As against Defendant(s) Portfolio Recovery Associates, LLC)

41. Plaintiff alleges and incorporates the information in paragraphs 11 through 35.

42. Plaintiff is a consumer within the meaning that is defined by *Cal. Civ. Code § 1788.2(h )*

43. Defendants are debt collectors within the meaning of §1788.2(c)

44. Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. §1692 et seq.*

i.  Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff.

ii. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

## v. REQUEST FOR RELIEF

**WHEREFORE,** the Plaintiff requests :

45. That this court grants judgment against defendant for first claim for Relief 1.) actual damages by jury 2.) punitive & statutory damages 15 U.S.C sec 1692 (1) 1692 f (6) remedies 1692 k, Rosenthal act $1,000 Per statue 3.) legal cost and fees. 4.) Any relief as the court see fit.

46. That this court grants judgment against defendants for second claim for Relief 1.) actually damages to be determined by jury 2.) punitive and statutory damages FCRA 15 U.S.C sec 1681b $4000.00 3.) court fees and cost 4.) any reliefs as court see fit.

47. That this court grants judgment against Defendants for: Third claim for relief pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b)*, and Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(c)*, and any other relief that this Honorable Court deems appropriate.

1.) Actual damages to be determined by jury   2.) punitive & statutory damages pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b)* $1,000.00   3.) Court fees and cost pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(c)*   4.) Any relief as court sees fit.

**Date:** 12/21/2016

**Sign:** Benito Rojas

**Print:** Benito Rojas

## DEMAND FOR JURY TRIAL

Plaintiff hereby request a jury trial on all issues raised in this complaint

Date: 12/4/2016

Sign: Benito Rojas

Print: Benito Rojas





Exhibit A-2

7016 0910 0000 0583 1515

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

**For delivery information, visit our website at *www.usps.com®*.**

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ $3.30 | Postmark Here 10/24/2016 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ $0.47 | |
| **Total Postage and Fees** $ $3.77 | |

*Sent To* TRANSUNION
*Street and Apt. No., or PO Box No.* P.O. BOX 2000
*City, State, ZIP+4®* CHESTER, PA 19022

**PS Form 3800, April 2015** PSN 7530-02-000-9047 **See Reverse for Instructions**

7016 0910 0000 0583 1508

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

**For delivery information, visit our website at *www.usps.com®*.**

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ $3.30 | Postmark Here OCT 24 2016 10/24/2016 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ $0.47 | |
| **Total Postage and Fees** $ $3.77 | |

*Sent To* Experian
*Street and Apt. No., or PO Box No.* P.O. Box 4000
*City, State, ZIP+4®* Allen, TX 75013

**PS Form 3800, April 2015** PSN 7530-02-000-9047 **See Reverse for Instructions**

Exhibit A-2

Consumer Credit Report for BENITO ROJAS SR                                          File Number: 358503768   Date Issued: 11/09/2015

**PORTFOLIO RECOVERY** #520118018982**** ( 120 CORPORATE BLVD, NORFOLK, VA 23502, (800) 772-1413 )

| | | |
|---|---|---|
| **Placed for collection:** 12/22/2014 | **Balance:** $2,294 | **Pay Status:** ›In Collection‹ |
| **Responsibility:** Individual Account | **Date Updated:** 10/08/2015 | |
| **Account Type:** Open Account | **Original Amount:** $2,294 | |
| **Loan Type:** FACTORING COMPANY ACCOUNT | **Original Creditor:** HSBC BANK NEVADA N A | |
| | **Past Due:** ›$2,294‹ | |

**Remarks:** ›PLACED FOR COLLECTION‹
**Estimated month and year that this item will be removed:** 01/2020

**Experian**
A world of insight

Prepared for: BENITO H ROJAS
Date: November 08, 2016
Report number: ▓▓▓▓▓

*Exhibit C.2 (B)*

**PORTFOLIO RECOVERY ASSOCIATES**
120 CORPORATE BLVD STE 100
NORFOLK VA 23502
**Phone number**
(800) 772 1413
**Partial account number**
520118018982....
**Address identification number**
0173144344
**Original creditor** HSBC BANK NEVADA N.A.

| | |
|---|---|
| **Date opened** | Dec 2014 |
| **First reported** | Nov 2016 |
| **Date of status** | Nov 2016 |

| | |
|---|---|
| **Type** | Debt Buyer |
| **Terms** | 1 Months |
| **Monthly payment** | Not reported |

| | |
|---|---|
| **Credit limit or original amount** | $2,294 |
| **High balance** | Not reported |

| | |
|---|---|
| **Recent balance** | $2,294 as of Nov 2016 |

**Responsibility** Individual

**Status** Collection account. $2,294 past due as of Nov 2016. This account is scheduled to continue on record until Nov 2019.

**Comment** Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). This item was updated from our processing of your dispute in Nov 2016.

**Payment history**

| 2016 | | |
|---|---|---|
| NOV | | |
| C | | |

| | Jul16 | Jun16 | May16 | Apr16 | Mar16 | Feb16 | Jan16 | Dec15 | Nov15 | Oct15 | Sep15 | Jun15 | Jun15 | May15 | Apr15 | Mar15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **AB** | 2,294 | 2,294 | 2,294 | 2,294 | 2,294 | 2,294 | 2,294 | 2,294 | 2,294 | 2,294 | 2,294 | 2,294 | 2,294 | 2,294 | 2,294 | 2,294 |
| **DPR** | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| **SPA** | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| **AAP** | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

**AB** = Account balance ($)   **DPR** = Date payment received   **SPA** = Scheduled payment amount ($)   **AAP** = Actual amount paid ($)

▼ *The original amount of this account was $2,294*

Account history - *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data*

Exhibit CR(E)I

## Experian
A world of insight

Prepared for: BENITO H ROJAS
Date: November 08, 2016
Report number:

Page 4 of 14

UNITED RECOVERY SYSTEMS  5800 N COURSE DR   HOUSTON TX 77072
(713) 977 1234
**Date of inquiry:** Nov 06, 2015

CAPITAL ONE  PO BOX 30281   SALT LAKE CITY UT 84130
(800) 955 7070
**Date of inquiry:** Oct 17, 2015

PORTFOLIO RECOVERY ASSOC  120 CORPORATE BLVD STE 100   NORFOLK VA 23502
(800) 772 1413
**Date of inquiry:** Aug 07, 2015; Jul 08, 2015

PORTFOLIO RECOVERY ASSOC
**No phone number available**
**Date of inquiry:** Jul 08, 2015

CAPITAL ONE  PO BOX 30281   SALT LAKE CITY UT 84130
(804) 967 1000
**Date of inquiry:** Dec 19, 2014

| Credit items | Outcome |
|---|---|
| CAPITAL ONE BANK USA N 517805924026.... | Updated |
| SYNCB/CARE CREDIT 601918328319.... | Updated |
| PORTFOLIO RECOVERY ASS 520118018982.... | Updated |

Visit experian.com/status to check the status of your pending disputes at any time.

000735849

7268-06-00-0000105-0002-0000805

19·

Exhibit PRA-V



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $3.30 | |
| $ $0.00 | |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $0.47 | |
| Total Postage and Fees $3.77 | |

Postmark Here
OCT 24 2016
10/24/2016

Sent To *Portfolio Recovery Associates*
Street and Apt. No., or PO Box No. *120 Corporate Blvd.*
City, State, ZIP+4 *NORFOLK VA   23502*

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7016 1970 0000 0890 6357

PRAD3-1111-797835420-00432-432

DEPT 922    6141989116117
PO BOX 4115
CONCORD CA  94524

**Portfolio Recovery Associates, LLC**

ADDRESS SERVICE REQUESTED

#BWNFTZF #9226141989116117#



BENITO ROJAS
2876 W AVENUE 33
LOS ANGELES CA 90065-2120

*Exhibit DR 4*

Steven D. Fredrickson
Chief Executive Officer
President

November 14, 2016

Re:   Account Number: 5201180189823954
      Seller: CAPITAL ONE N.A.
      Original Creditor: HSBC BANK NEVADA N.A.

      Total Balance as of the Date of this Letter: $2,293.55

Dear BENITO ROJAS:

In response to your dispute related to the above account, Portfolio Recovery Associates, LLC ("PRA, LLC") has enclosed additional documentation for your review.

We have completed our investigation of your dispute concerning this account.

PRA, LLC has obtained and reviewed the attached documents related to this account, which establish its validity.

If you wish to discuss this account, please call 1-800-772-1413. Our hours of operation are 8 AM to 11 PM Mon.-Fri., 8 AM to 8 PM Sat., 11 AM to 10 PM Sun. (Eastern).

Sincerely yours,

Disputes Department

www.portfoliorecovery.com

**This communication is from a debt collector but is not an attempt to collect a debt.**
**NOTICE: SEE ADDITIONAL PAGE(S) FOR IMPORTANT INFORMATION**

26



**COMPANY ADDRESS:** Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502

**DISPUTES CORRESPONDENCE ADDRESS:** Portfolio Recovery Associates, LLC, Disputes Department, 140 Corporate Boulevard, Norfolk, VA 23502
**DISPUTES DEPARTMENT E-MAIL ADDRESS:** PRA_Disputes@portfoliorecovery.com

**QUALITY SERVICE SPECIALISTS AVAILABLE Mon. - Fri. 8 AM to 5 PM (EST)**
Not happy with the way you were treated? Our company strives to provide professional and courteous service to all our customers. Contact one of our staff to discuss issues related to our quality of service to you by phone at (866) 925-7109 or by e-mail at qualityservice@portfoliorecovery.com.

**PRIVACY NOTICE:** We collect certain personal information about you from the following sources: (a) information we received from you; (b) information about your transactions with our affiliates, others, or us; (c) information we receive from consumer reporting agencies. We do not disclose any nonpublic personal information about our customers or former customers to anyone, except as permitted by law. We restrict access to nonpublic information about you to those employees and entities that need to know that information in order to collect your account. We maintain physical, electronic and procedural safeguards that comply with federal regulations to guard your nonpublic personal information.

**NOTICE:** We are required under state law to notify consumers of the following rights. This list does not include a complete list of rights consumers have under state and federal laws:

**COLORADO:** Office located at 4600 South Syracuse Street, Suite 966, Denver, CO 80237. Telephone 1-866-508-4751.

**MAINE:** Telephone number at licensed location is (800) 772-1413. Hours of operation at licensed location are 8 AM to 11 PM Mon.-Fri., 8 AM to 8 PM Sat., 11 AM to 10 PM Sun. (EST).

**MASSACHUSETTS:** Office located 49 Winter St., Weymouth, MA 02188. Telephone (800) 772-1413. Hours of operation are 9 AM to 6 PM EST Monday through Thursday. **NOTICE OF IMPORTANT RIGHTS: YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.**

**NEW YORK CITY:** City of New York License Numbers 1096994, 1394695, 1394697, 1394696, 1394698, 1394700, 1394699, 1394694.

**NORTH CAROLINA:** Collection Agency Permit No. 4132.

**TENNESSEE:** This collection agency is licensed by the Tennessee Collection Service Board of the Department of Commerce and Insurance. (#00000770).



500781



# You have new payment opportunities available.

See the next page for more information.



---



Page 1 of 2
Customer Service 1-800-258-9319
www.capitalone.com/solutions

Jun. 28 - Jul. 25, 2013    28 Days in Billing Cycle

| Platinum MasterCard | | 5201-1801-8982-3954 |
|---|---|---|
| NEW BALANCE | PAYMENT DUE | DUE DATE |
| $2,293.55 | $2,293.55 | PAST DUE |
| Available Credit: $0.00 | | |

**IMPORTANT ACCOUNT UPDATES**

Your full balance is due. Any payment you make will reduce your balance and help pay off your debt faster. The amount you owe may differ if you've entered into a separate payment agreement.

| Previous Balance | | Payments and Credits | | Fees and Interest Charged | | Transactions | | New Balance |
|---|---|---|---|---|---|---|---|---|
| $2,252.21 | − | $0.00 | + | $41.34 | + | $0.00 | = | $2,293.55 |

## TRANSACTIONS

PAYMENTS, CREDITS & ADJUSTMENTS FOR BENITO ROJAS #3954

TRANSACTIONS FOR BENITO ROJAS #3954

---

**FEES**

| | | |
|---|---|---|
| | Total Fees This Period | $0.00 |

**INTEREST CHARGED**

| | | |
|---|---|---|
| INTEREST CHARGE:PURCHASES | | $35.21 |
| INTEREST CHARGE:CASH ADVANCES | | $6.13 |
| | Total Interest This Period | $41.34 |

**TOTALS YEAR TO DATE**

| | | |
|---|---|---|
| | Total Fees This Year | $105.00 |
| | Total Interest This Year | $299.72 |

# Help is Available.
## Just pick up the phone.



**Call 1-800-258-9319** and a specially trained agent will be happy to help you check your balance and make payments.

### INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 22.99% D | $1,996.26 | $35.21 |
| Cash Advances | 28.99% D | $275.81 | $6.13 |

P,L,D,F = Variable Rate. See reverse of page 1 for details.

---

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM/SOLUTIONS TO MAKE YOUR PAYMENT ONLINE.



1 5201180189823954 25 2293550060002293559

**Account Number: 5201-1801-8982-3954**

| Due Date | New Balance | Amount Enclosed |
|---|---|---|
| Past Due | $2,293.55 | . |

# Manage your account online.



Visit **www.capitalone.com/solutions** to manage your account online. Have information at your fingertips 24/7 without picking up the phone.

400004

BENITO ROJAS
2876 W AVENUE 33
LOS ANGELES, CA 90065-2120

Capital One, N.A.
P.O. Box 71087
Charlotte, NC 28272-1087

Please make checks payable to Capital One, N.A. and mail with this coupon in the enclosed envelope.

002
25

**How can I Avoid Paying Interest Charges?** Each month you pay your "New Balance" in full, you will have a minimum grace period of 25 days with no interest charge on all new 1) purchases, 2) balance transfers, 3) special purchases and 4) other charges. If you have been paying your account in full with no interest charges applied and you do not pay your next bill in full, prorated interest charges will be assessed. There is no grace period on cash advances, special transfers, or on any new transaction when there is an unpaid balance from a previous bill.

**How is the Interest Charge applied?** Interest charges accrue from the 1) date of the transaction, 2) date the transaction is processed or 3) first calendar day of the billing period. Interest charges accrue on every unpaid amount until it is paid in full. This means you may owe interest charges even if you pay the entire "New Balance" one month, but did not do so for the previous month. Unpaid interest charges are added to the proper segment of your Account. However, we reserve the right to not assess interest charges at any time.

**Do you assess a Minimum Interest Charge?** Yes. A minimum INTEREST CHARGE of $0.00 will be assessed for each billing period your account is subject to an interest charge.

**How did you Calculate the Interest Charge?** We use a method called Average Daily Balance (including new transactions). Under this method, we first calculate your daily balance for each segment, 1) take the beginning balance and add in new transactions and the periodic interest charge on the previous day's balance, then 2) subtract any payments and credits for that segment as of that day. The result is the daily balance for each segment. However, if you paid your previous month's balance in full (or if your balance was zero or a credit amount), new transactions which post to your purchase or special purchase segments are not added to the daily balances. Also, transactions that are subject to a grace period are not added to the daily balances.

Next, to find your Average Daily Balance: 1) add the daily balances together for each segment, and 2) divide the sum by the number of days in the billing cycle.

At the end of each billing cycle, we determine your Interest Charge as follows: 1) multiply your Average Daily Balance by the daily periodic rate (APR divided by 365) for that segment, and 2) multiply the result by the number of days in the billing period. NOTE: Due to rounding or a minimum interest charge, this calculation may vary from the interest charge actually assessed.

**Is the "Payment Due" a Payoff Amount?** No. All stated amounts are owed on the date of the statement. However, because interest, late charges and other charges might change from day to day as provided in your customer agreement, the amount due on the day you pay may be larger. For example, if you pay the amount stated in this statement, your account might still have a balance after your payment is received. Also note that the amount you owe may differ if you've entered into a separate payment arrangement. Please call the number on the front of the statement for an exact payoff amount.

**How can my Variable Annual Percentage Rate (APR) change?** Your APR may increase or decrease based on one of the following reported indices reported in The Wall Street Journal). To find which index is used for your account, look for a letter code on the front of this statement next to your APR(s). Then check the table below:

| Code next to your APR(s) | How do we calculate your APR(s)? Index + margin (previously disclosed to you) | When your APR(s) will change |
|---|---|---|
| P | Prime Rate + margin 3 month LIBOR + margin | The first day of the billing periods that end in Jan., April, July, and Oct. |
| D | Prime Rate + margin 1 month LIBOR + margin | The first day of each monthly billing period. |

**Are there Additional Fees associated with my account?** Yes, under certain circumstances, you may be assessed a Late or Returned Payment fee. You may also be assessed Overlimit fees if permitted by law. You will also be required to pay all of our actual collection expenses, attorney's fees and court costs unless the law does not allow us to collect these amounts. We reserve the right to not assess fees without prior notice and without waiving our right to assess a similar fee later.

**What happens if my Account is Suspended?** We may close or suspend your account and your right to obtain credit at any time and for any reason, even if you are not in default. Account suspension can be permanent or temporary. If your account is closed or suspended you must 1) stop using your credit card and account, 2) cancel all automatic payments, 3) destroy all credit cards and access checks, and 4) pay any balance owed in full, even if they were charged after the account was closed or suspended.

**How do I Make Payments?** At any time, you may pay the minimum payment, the total unpaid balance, or any amount in between. Payments may be made in several ways:
1) Online by going to www.capitalone.com and logging into your account;
2) Telephone Voice Response System by dialing 1-800-955-7070 and following the voice prompts. When you make a phone payment through our voice response system, you authorize us to initiate an ACH or electronic payment that will be debited from your bank account. Funds may be withdrawn from your bank account as soon as the same day we receive your payment;
3) Calling our telephone number 1-800-955-7070 and providing your information to our representative;
4) Payments by mail should be sent to the mailing address provided on the bottom portion of this statement.

**When will you Credit My Payment?**
- For online or over the phone, as of the business day we receive it, as long as they are made by 5 p.m. ET.
- For mailed payments, as of the business day we receive it, as long as: 1) you send the bottom portion of this statement and your check in the enclosed remittance envelope, and 2) your payment is received in one of our processing centers by 5 p.m. local time. Please allow at least (7) business days for mail delivery. Mailed payments received by us at any other location or in any other form may not be credited as of the day we receive them.

**Do you Process Paper Checks as an Electronic Funds Transfer?** Payments will be processed in one of two ways: When you provide a check or check information to make a payment, you authorize us or our agents to use the information to make a one time ACH transaction or other electronic fund transfer from your deposit account. We may also use the information to process the payment as a check transaction.

**What if I file for Bankruptcy?** If you are entitled to bankruptcy protection, this communication is for information only. It is not an attempt to collect, assess or recover a debt or claim. Do not send us payments without speaking with your bankruptcy attorney or the Bankruptcy Court. If you or your attorney would like to contact our bankruptcy claims servicer directly, please contact: Capital One - PO Box 30285  Salt Lake City, UT 84130-0285

**BILLING RIGHTS SUMMARY**  *(Does Not Apply to Small Business Accounts)*
**What To Do If You Think You Find A Mistake On Your Statement:** If you think there is an error on your statement, write to us at:
Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285
In your letter, give us the following information:
- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. We will notify you in writing within 30 days of our receipt of your letter.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question until we send you a notice about the outcome of our investigation, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

Within 90 days of our receipt of your letter, we will send you a written notice explaining either that we corrected the error (to appear on your next statement) or the reasons we believe the bill is correct.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases.** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, the following must be true:

1) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify; and
2) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us  in writing at:
Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

Capital One supports information privacy protection; see our website at www.capitalone.com
© 2011 Capital One. Capital One is a federally registered service mark. All rights reserved.

ETC-10
11/30/11



# ORCHARD BANK®



Orchard MASTERCARD

Orchard MasterCard Account Statement
Account Number 5201-1801-8982-3954
From May 28, 2013 to June 27, 2013

Page 1 of 2

## Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | | $2,208.76 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases/Debits | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Past Due Amount | | $381.00 |
| **Fees Charged** | + | **$0.00** |
| **Interest Charged** | + | **$43.45** |
| New Balance | | $2,252.21 |

| | |
|---|---|
| Credit Limit | $2,306.00 |
| Credit Available | $0.00 |
| Cash Advance Limit† | $576.50 |
| Cash Advance Available | $0.00 |
| Statement Closing Date | June 27, 2013 |
| Days in Billing Cycle | 30 |

†Cash Advance Limit is a portion of Total Credit Limit.

## Payment Information

| | |
|---|---|
| New Balance | $2,252.21 |
| Minimum Payment Due | $447.00 |
| Payment Due Date | July 22, 2013 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 12 Years | $5,255 |
| $88 | 3 Years | $3,169 *(Savings = $2,086 )* |

If you would like information about credit counseling services call 1-866-569-2227.

### Questions?

| | |
|---|---|
| 24-Hour Customer Service | 1-800-567-1196 |
| Lost or Stolen Card | 1-877-531-3808 |
| Outside USA Collect | 1-702-243-1597 |
| TDD/Hearing Impaired | 1-866-852-1163 |

**Payment Address:** Orchard Bank, PO Box 60501, City Of Industry, CA 91716-0501
**Billing Inquiries:** HSBC Card Services, P.O. Box 379, Wood Dale, IL 60191-0379
**Manage Your account online at www.orchardbank.com**

## Important Information

**IMPORTANT PAYMENT INFORMATION:** As you may know, your account is now issued by Capital One®. There are important changes to your payment cut-off time and your payment due date to keep in mind. Beginning May 15, 2013, payments made online or by phone by 5:00 p.m. ET, Monday through Saturday, will be credited to your account as of that day. Payments received after 5:00 p.m. ET or anytime on Sunday, Thanksgiving, Christmas, or New Year's Day may not be credited on the same day. However, if your payment due date falls on a Sunday or one of those holidays, then payments made that day will still be considered on time. Please note that there is no change to the payment cut-off time for payments made by mail.

The HEXAGON DESIGN® (AND VARIATIONS), HSBC®, THE WORLD'S LOCAL BANK®, HOUSEHOLD® (AND DESIGN) and HOUSEHOLD BANK® are registered trademarks of HSBC Holdings plc or HSBC Finance Corporation and are used by Capital One by permission. Capital One is the issuer of this account.

Please note that beginning with your next billing cycle, your statements will come from Capital One®.

If you choose Over the Credit Limit coverage, an Over the Credit Limit Fee of up to $25.00 may be assessed if the account balance exceeds the total credit limit at any time during a billing cycle.

As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.

## Transactions

### Fees

| Trans Date | Post Date | Description of Fees | Reference Number | Amount |
|---|---|---|---|---|
| | | Total Fees For This Period | | $0.00 |

### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $6.42 |

Detach and return bottom portion with your payment.   501505 4 E 27  0000000615    STMT06  D Q CBSESEARPOSTXXXXXXX 19037 SPS1    **See reverse side for important information**

---

# ORCHARD BANK®

| | |
|---|---|
| Account Number: | 5201-1801-8982-3954 |
| New Balance | $2,252.21 |
| Minimum Payment Due | $447.00 |
| Payment Due Date | 07/22/2013 |

Include account number on check to Orchard Bank.  Do not send cash. Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

501   AMOUNT ENCLOSED

BENITO ROJAS
2876 W AVENUE 33
LOS ANGELES CA 90065-2120

Orchard Bank
PO BOX 60501
CITY OF INDUSTRY CA 91716-0501



0022522100047000005201180189823954005017

PRAD3-1111-797835420-00432-432

23-





**ORCHARD BANK**

Orchard MASTERCARD

 MasterCard

Page 2 of 2

Orchard MasterCard Account Statement
Account Number 5201-1801-8982-3954
From May 28, 2013 to June 27, 2013

| | |
|---|---:|
| INTEREST CHARGE ON PURCHASES | $37.03 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | $43.45 |

| **2013 Totals Year to Date** | |
|---|---:|
| Total fees charged in 2013 | $105.00 |
| Total interest charged in 2013 | $258.38 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

### Mastercard

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 00007-01 | 22.99% (v) | $556.95 | $10.52 |

### MasterCard

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 00001-02 | 22.99% (v) | $1,403.19 | $26.51 |
| CASH ADVANCES 80001-03 | 28.99% (v) | $269.53 | $6.42 |

v=Variable Rate

## Credit Plan Information

| Credit Plan/Promotion Type | Purchase Date | Promotional Expiration Date | Previous Balance | New Balance | Minimum Payment | Deferred Interest | Promotional Payoff Amount |
|---|---|---|---|---|---|---|---|
| PURCHASES 00007-01 | 02/19/2011 | N/A | $551.88 | $562.40 | $111.64 | $0.00 | $0.00 |
| PURCHASES 00001-02 | 02/27/2011 | N/A | $1,390.43 | $1,416.94 | $281.20 | $0.00 | $1,416.94 |
| CASH ADVANCES 80001-03 | 04/24/2011 | N/A | $266.45 | $272.87 | $54.16 | $0.00 | $272.87 |

PRAD3-1111-797835420-00432-432



200985



# You have new payment opportunities available.

Your account works differently now that it's 7 payments behind and has charged off.



Dear Valued Client,

You need to know about important changes to your account now that it has charged off.

**You are still responsible for paying the full balance on your account.**

If we continue to send you statements, you will receive them quarterly instead of monthly. We may continue to report the status of your account to the credit bureaus, unless prohibited by law. We will also report when your account is paid off.

**Help is available.** The changes to your account include new payment opportunities that may not have been available before. Please review these important changes:

1) **Your account is charged off.** This is a change in status from past due. You are still responsible for paying your full balance.

2) **You won't be charged past due, over limit, or membership fees.**

3) **You have new payment opportunities available to you now.** For instance, we may be able to break your balance up into more manageable payments.

Please contact us today at **1-800-258-9319** to find out more about these new opportunities. If a third-party agency is servicing your account, your call will be automatically routed to them. Remember, you can check your balance and make payments any time at **www.capitalone.com/solutions.**

Sincerely,
Your Solutions Team



# Help is available.

 Call **1-800-258-9319** today for more opportunities.

 Visit **www.capitalone.com/solutions** to make a payment or check your balance.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

| I. (a) PLAINTIFFS ( Check box if you are representing yourself ☒ ) | DEFENDANTS ( Check box if you are representing yourself ☐ ) |
|---|---|
| Benito Rojas | Portfolio Recovery Associates, LLC<br>Steven D. Fredricksen |

| (b) County of Residence of First Listed Plaintiff  Los Angeles | County of Residence of First Listed Defendant _____ |
|---|---|
| (EXCEPT IN U.S. PLAINTIFF CASES) | (IN U.S. PLAINTIFF CASES ONLY) |

| (c) Attorneys (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information. | Attorneys (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information. |
|---|---|
| Benito Rojas          11012 Ventura Blvd. Ste 261<br>Rojasb.dimmak@gmail.com    Studio City, CA 91604<br>Ph: 323-947-7960 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding

☐ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred from Another District (Specify)

☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT:** $ 10,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

FDCPA FCRA   Rosenthal violations

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 376 Qui Tam (31 USC 3729(a)) | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 400 State Reapportionment | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 410 Antitrust | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 430 Banks and Banking | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 450 Commerce/ICC Rates/Etc. | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 460 Deportation | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☒ 480 Consumer Credit | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 850 Securities/Commodities/Exchange | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 891 Agricultural Acts | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 893 Environmental Matters | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 895 Freedom of Info. Act | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 896 Arbitration | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accommodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

| FOR OFFICE USE ONLY: | Case Number: | CV16-09439 |
|---|---|---|

| CV-71 (02/16) | CIVIL COVER SHEET | Page 1 of 3 |
|---|---|---|

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII.  VENUE:**  Your answers to the questions below will determine the division of the Court to which this case will be initially assigned.  This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A:  Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| ☐ Yes  ☒ No | ☒ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| If "no," skip to Question B.  If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B:  Is the United States, or one of its agencies or employees, a PLAINTIFF in this action? | B.1.  Do 50% or more of the defendants who reside in the district reside in Orange Co.?  *check one of the boxes to the right* ➔ | ☐ YES.  Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| ☐ Yes  ☒ No | | ☐ NO.  Continue to Question B.2. |
| If "no," skip to Question C.  If "yes," answer Question B.1, at right. | B.2.  Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties?  (Consider the two counties together.)  *check one of the boxes to the right* ➔ | ☐ YES.  Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO.  Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C:  Is the United States, or one of its agencies or employees, a DEFENDANT in this action? | C.1.  Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?  *check one of the boxes to the right* ➔ | ☐ YES.  Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| ☐ Yes  ☒ No | | ☐ NO.  Continue to Question C.2. |
| If "no," skip to Question D.  If "yes," answer Question C.1, at right. | C.2.  Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties?  (Consider the two counties together.)  *check one of the boxes to the right* ➔ | ☐ YES.  Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO.  Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D:  Location of plaintiffs and defendants? | A. Orange County | B. Riverside or San Bernardino County | C. Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside.  (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside.  (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |

| D.1.  Is there at least one answer in Column A? | D.2.  Is there at least one answer in Column B? |
|---|---|
| ☐ Yes  ☒ No | ☐ Yes  ☒ No |
| If "yes," your case will initially be assigned to the SOUTHERN DIVISION. | If "yes," your case will initially be assigned to the EASTERN DIVISION. |
| Enter "Southern" in response to Question E,  below, and continue from there. | Enter "Eastern" in response to Question E,  below. |
| If "no," go to question D2 to the right. ➔ | If "no," your case will be assigned to the WESTERN DIVISION. |
| | Enter "Western" in response to Question E, below. ⬇ |

| QUESTION E:  Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➔ | WESTERN |

| QUESTION F:  Northern Counties? | | |
|---|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes | ☒ No |

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**IX(a). IDENTICAL CASES:** Has this action been previously filed **in this court?**    ☒ NO    ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court?**    ☒ NO    ☐ YES

If yes, list case number(s): _____

**Civil cases** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

*Benito Rojas*

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):** *Benito Rojas*     DATE: *12/21/2016*

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

| | |
|---|---|
| Benito Rojas | ) |
| _____ | ) |
| Plaintiff(s) | ) |
| v. | )  Civil Action No. |
| Portfolio Recovery Associates, LLC | )  CV 16-09439 FMO(SS) |
| Steven D. Fredrickson | ) |
| _____ | ) |
| Defendant(s) | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Portfolio Recovery Associates, LLC        Steven D. Fredrickson
140 Corporate Blvd                                    120 Corporate Blvd.
Norfolk, VA 23502                                     Norfolk, VA 23502

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Benito Rojas
11012 Ventura Blvd. Suite 261
Studio City, CA 91604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                    *Signature of Clerk or Deputy Clerk*