JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENITO ROJAS, | Case No. CV 16-9439 FMO (SSx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| PORTFOLIO RECOVERY ASSOCIATES LLC, et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 26th day of July, 2017.

/s/
Fernando M. Olguin
United States District Judge